Stephen A. ELEY, Petitioner,

v.

DEPARTMENT OF VETERANS AFFAIRS, Respondent.

No. 04–3081.

United States Court of Appeals, Federal Circuit.

March 25, 2004.

Brent M. McBurney, Principal Attorney, Franklin E. White, Jr., David M. Cohen, of Counsel, Washington, DC, for Respondent.

Stephen A. Eley, Minneapolis, MN, pro se.

ON MOTION

*ORDER*

Upon consideration of Stephen A. Eley's unopposed motion to voluntarily dismiss his petition for review,

IT IS ORDERED THAT:

(1) The motion is granted.

(2) Each side shall bear its own costs.

Lorenza EADY, Claimant–Appellant,

v.

Anthony J. PRINCIPI, Secretary of Veterans Affairs, Respondent–Appellee.

No. 03–7088.

United States Court of Appeals, Federal Circuit.

March 26, 2004.

Matthew P. Reed, Principal Attorney, William F. Ryan, Richard J. Hipolit, David M. Cohen, Joseph Trautwein, of Counsel, Washington, DC, for Respondent–Appellee.

Francis M. Jackson, Principal Attorney, Jackson & MacNichol, Portland, ME, for Claimant–Appellant.

ON MOTION

*ORDER*

Upon consideration of Lorenza Eady's unopposed motion to voluntarily dismiss this appeal,

IT IS ORDERED THAT:

(1) The motion is granted.

(2) Each side shall bear its own costs.